**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00072-JAD-BNW-1 |
| Plaintiff, | **ORDER** |
| v. | |
| KIMBERLY CRISTAL GARCIA-CONTRERAS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Monday, March 2, 2026 at 11:30 a.m., be vacated and continued to April 7, 2026, at the hour of 10:00 a.m.

DATED this 20th day of February 2026.

_____
UNITED STATES DISTRICT JUDGE

3